**ROBERT WISNIEWSKI P.C.**
ATTORNEYS-AT-LAW

17 STATE STREET, SUITE 820• NEW YORK, NY 10004
TEL: (212) 267-2101 • WEB: www.rwapc.com

January 13, 2025

Hon. Gregory H. Woods, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street, Room 2260
New York, NY 10007
*VIA ECF*

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/13/25
```

**MEMORANDUM ENDORSED**

**Re:    Madariaga et al v. Mama Cat LLC et al**
**SDNY Docket No.: 24-cv-07715 (GHW)**

Dear Judge Woods,

This firm represents Plaintiffs in the above-referenced case. I write to respectfully request that Your Honor adjourn the initial pre-trial conference scheduled for January 15, 2025, at 4:00 p.m. Defendants consent. This is the second request for an extension of time or adjournment. The first request was granted for good cause. This adjournment will not cause prejudice to any party.

The reason for this request is due to my previously scheduled vacation until January 27, 2025, and my wedding in Honolulu, Hawaii, on January 15, 2025, which will make attending the conference difficult.

We propose alternative dates for the conference any day after January 27, 2025. We note, however, that I have scheduling conflicts with other court proceedings on January 29, 30, and 31, as well as February 5, 7, 10, 11, 12, and 13, 2025, which are difficult to reschedule.

Wherefore, Plaintiffs respectfully request that Your Honor adjourn the initial pre-trial conference scheduled for January 15, 2025, at 4:00 p.m.

Respectfully submitted,

*/s/ Robert Wisniewski*
Robert Wisniewski

cc: all counsel of record via ECF

Application granted. Plaintiffs' January 13, 2025 request to adjourn the initial pretrial conference, Dkt. No. 19, is granted. The initial pretrial conference scheduled for January 15, 2025 is adjourned to February 4, 2025 at 1:00 p.m. The joint status letter and proposed case management plan described in the Court's October 11, 2024 order are due no later than January 28, 2025. The Clerk of Court is directed to terminate the motion pending at Dkt. No. 19.

SO ORDERED.

Dated: January 13, 2025
New York, New York

_____
GREGORY H. WOODS
United States District Judge