```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/30/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
  MADARIAGA, *et al.*,                  :

                        Plaintiffs,  :

          -against-            :        1:24-cv-7715-GHW

  MAMA CAT LLC, *et al.*,         :        <u>ORDER</u>

                      Defendants.  :
-----------------------------------------------------------------X

GREGORY H. WOODS, United States District Judge:

      In the Court's order dated October 11, 2024, Dkt. No. 6, the parties were directed to submit a joint status letter and proposed case management plan to the Court no later than January 8, 2025. On January 13, 2025, the Court extended the deadline for the parties to submit those materials to January 28, 2025. Dkt. No. 20. The Court has not received the joint status letter or proposed case management plan. The parties are directed to comply with the Court's October 11, 2024 order forthwith and in any event no later than February 3, 2025.

      SO ORDERED.

Dated: January 30, 2025  
New York, New York

                                                        GREGORY H. WOODS  
                                               United States District Judge