UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| YCELA MADARIAGA and EDUARDO MADARIAGA,<br><br>                    Plaintiffs,<br><br>    -v-<br><br>MAMA CAT LLC, dba TOMPKINS SQUARE BAGELS, et al.,<br><br>                    Defendants. | CIVIL ACTION NO. 24 Civ. 7715 (GHW) (SLC)<br><br>**ORDER** |

**SARAH L. CAVE,** United States Magistrate Judge.

This matter has been referred to the undersigned to conduct a settlement conference. (See ECF No. 34). Accordingly, a telephone conference is scheduled for **Friday, April 25, 2025 at 11:00 a.m. EST on the Court's Webex platform.** The parties are directed to call: 1-855-244-8681; meeting number: 2308-226-4654#, at the scheduled time. At the conference, the parties shall be prepared to discuss their availability, and that of their clients, for a settlement conference.

Dated:       New York, New York
             April 16, 2025

SO ORDERED.

_____
SARAH L. CAVE
United States Magistrate Judge