UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| YCELA MADARIAGA and EDUARDO MADARIAGA,<br><br>　　　　　　　　　　　Plaintiffs,<br><br>-v-<br><br>MAMA CAT LLC, dba TOMPKINS SQUARE BAGELS, <u>et</u> <u>al.</u>,<br><br>　　　　　　　　　　　Defendants. | CIVIL ACTION NO. 24 Civ. 7715 (GHW) (SLC)<br><br>**<u>ORDER</u>** |

**SARAH L. CAVE,** United States Magistrate Judge.

　　　As the parties have reached a settlement agreement in principle, a telephone conference is scheduled for **Thursday July 17, 2025 at 5:00 p.m. EST on the Court's Webex platform** to check on the status of finalizing the settlement documents. The parties are directed to call: 1-855-244-8681; meeting number: 2308-226-4654#, at the scheduled time.

Dated:　　　New York, New York
　　　　　　　June 27, 2025

　　　　　　　　　　　　　　　　　　　　　　　SO ORDERED.

　　　　　　　　	_____
　　　　　　　　	SARAH L. CAVE
　　　　　　　　	**United States Magistrate Judge**