UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

YCELA MADARIAGA, et al.,

                Plaintiffs,

-v-

MAMA CAT LLC, et al.,

                Defendants.

CIVIL ACTION NO.: 24 Civ. 7715 (GHW) (SLC)

**ORDER TO SUBMIT SETTLEMENT MATERIALS**

**SARAH L. CAVE**, United States Magistrate Judge.

This case contains one or more claims arising under the Fair Labor Standards Act. In light of the requirements of <u>Cheeks v. Freeport Pancake House, Inc.</u>, 796 F.3d 199 (2d Cir. 2015), the parties must file a joint Letter-Motion directed to the attention of the Gregory H. Woods that addresses whether the settlement is fair and reasonable.

The parties must file their Letter-Motion by **Tuesday, August 12, 2025** and should address the claims and defenses, the defendants' potential monetary exposure and the bases for any such calculations, the strengths and weaknesses of the plaintiffs' case and the defendants' defenses, any other factors that justify the discrepancy between the potential value of plaintiffs' claims and the settlement amount, the litigation and negotiation process, as well as any other issues that might be pertinent to the question of whether the settlement is reasonable (for example, the collectability of any judgment if the case went to trial).

The joint Letter-Motion should also explain the attorney fee arrangement, attach a copy of any retainer agreement, and provide information as to actual attorneys' fees expended

(including billing records and costs documentation). A copy of the settlement agreement itself must accompany the joint Letter-Motion

Dated:	New York, New York
	July 18, 2025

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**