USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/3/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
:
YCELA MADARIAGA, *et al.*, :
:
                            Plaintiffs, : 1:24-cv-7715-GHW
:
            -v- : ORDER
:
MAMA CAT LLC, *doing business as* Tompkins Square :
Bagels, *et al.*, :
:
                            Defendants. :
-----------------------------------------------------------------X

GREGORY H. WOODS, United States District Judge:

    On July 18, 2025, the Court directed the parties to confer as to whether they consent to proceeding before the assigned Magistrate Judge and to submit either an executed consent form or a joint letter no later than July 31, 2025. Dkt. No. 47 at 2. Neither document has been submitted. The parties are directed to comply with the Court's July 18, 2025 order forthwith, and in no event later than August 5, 2025.

    SO ORDERED.

Dated: August 3, 2025  
New York, New York

                                                             GREGORY H. WOODS  
                                                      United States District Judge