# ROBERT WISNIEWSKI P.C.
ATTORNEYS-AT-LAW

17 STATE STREET, SUITE 820• NEW YORK, NY 10004
TEL: (212) 267-2101 • EMAIL: rw@rwapc.com

August 12, 2025

Hon. Sarah L. Cave, U.S.M.J.
United States District Court
Southern District of New York
500 Pearl St.
New York, NY 10007
    *VIA ECF*

      **Re: Madariaga et al. v. Mama Cat LLC et al.**
      <u>**Docket No.:24-cv-07715-GHW**</u>

Dear Judge Cave,

    I represent Plaintiffs in the above-referenced matter. I am writing on behalf of the parties to respectfully request an extension of time to file the *Cheeks* Motion. The current deadline is today, August 12, 2025.

    This is the first request for an extension of time to file this motion. Defendants' counsel recently sent a draft of the settlement agreement with minor edits. The parties are currently working to resolve these final textual edits before the settlement agreement can be fully executed. This extension is necessary to allow sufficient time for this final step before the motion is filed. Defendants consent to this request.

    To allow sufficient time for the finalization of the settlement agreement, we respectfully request a three-week extension, moving the deadline to September 2, 2025.

    We thank the Court for its patience and attention to this matter.

Respectfully submitted,

*/s/ Robert Wisniewski*
Robert Wisniewski

---

The parties' request for an extension of time to file the Cheeks motion is GRANTED and the deadline is EXTENDED to **Friday, September 5, 2025.**

SO ORDERED   8/13/25

*[signature]*
SARAH L. CAVE
United States Magistrate Judge