# ROBERT WISNIEWSKI P.C.
ATTORNEYS-AT-LAW

17 STATE STREET, SUITE 820• NEW YORK, NY 10004
TEL: (212) 267-2101 • EMAIL: rw@rwapc.com

September 3, 2025

Hon. Sarah L. Cave, U.S.M.J.
United States District Court
Southern District of New York
500 Pearl St.
New York, NY 10007
    *VIA ECF*

**Re: Madariaga et al. v. Mama Cat LLC et al.**
**Docket No.:24-cv-07715-GHW**

Dear Judge Cave,

    I represent Plaintiffs in the above-referenced matter. I am writing on behalf of the parties to respectfully request an extension of time to file the *Cheeks* Motion until September 19, 2025. The current deadline is September 5, 2025. This is the second request for an extension of time. The first request was granted for good cause. This brief extension will not cause any prejudice to the parties. Defendants consent.

    The parties continue to work on finalizing the text of the settlement agreement. We are making progress; however, the typical disagreements between plaintiffs' and defendants' counsel on the final language have caused minor delays. Furthermore, my personal health has required me to attend several medical appointments recently. I also recently underwent a surgical procedure which has caused significant delays in attending to this matter.

    Once the final text is agreed upon, the parties will promptly execute the settlement agreement and file the *Cheeks* Motion.

    Thank you for your consideration of this request.

Respectfully submitted,

*/s/ Robert Wisniewski*
Robert Wisniewski

---

The parties' second request for a extension of time to file the Cheeks motion is GRANTED and the deadline is EXTENDED to **Friday, September 19, 2025.**

The Clerk of the Court is respectfully directed to close ECF No. 55.

SO ORDERED    9/3/25

SARAH L. CAVE
United States Magistrate Judge