# ROBERT WISNIEWSKI P.C.
### ATTORNEYS-AT-LAW

17 STATE STREET, SUITE 820• NEW YORK, NY 10004
TEL: (212) 267-2101 • EMAIL: rw@rwapc.com

September 18, 2025

Hon. Sarah L. Cave, U.S.M.J.
United States District Court
Southern District of New York
500 Pearl St.
New York, NY 10007
    *VIA ECF*

**Re: Madariaga et al. v. Mama Cat LLC et al.**
**Docket No.:24-cv-07715-GHW**

Dear Judge Cave,

    I represent Plaintiffs in the above-referenced matter. I am writing on behalf of the parties to respectfully request an extension of time to file the *Cheeks* Motion until October 3, 2025. The current deadline is September 19, 2025. This is the third request for an extension of time. The first and second requests were granted for good cause. This extension will not cause any prejudice to the parties. Defendants consent.

    While a comprehensive settlement has been reached in principle, the parties' counsel continue to work diligently to finalize the precise text of the settlement agreement. This includes addressing standard disagreements on the final language.

    Both parties are actively engaged in the process and remain confident that a fully-executed agreement will be completed shortly. Once fully executed, the parties will promptly file the *Cheeks* Motion.

    Thank you for your consideration of this request.

Respectfully submitted,

*/s/ Robert Wisniewski*
Robert Wisniewski

---

The parties' request for a third extension of time to file the Cheeks motion is GRANTED. The parties shall file their Cheeks motion by **Friday, October 3, 2025.** A telephonic conference is scheduled for **Tuesday, October 7, 2025 at 4:30 p.m. EST** on the Court's conference line. The parties are directed to call 1-855-244-8681; access code: 2308 226 4654 at the scheduled time. If the parties file their Cheeks motion by the new deadline of October 3, 2025, the Court will cancel the telephonic conference.

SO ORDERED    9/19/25    *Sarah Cave*
SARAH L. CAVE
United States Magistrate Judge