# ROBERT WISNIEWSKI P.C.
## ATTORNEYS-AT-LAW

17 STATE STREET, SUITE 820• NEW YORK, NY 10004
TEL: (212) 267-2101 • EMAIL: rw@rwapc.com

October 3, 2025

Hon. Sarah L. Cave, U.S.M.J.
United States District Court
Southern District of New York
500 Pearl St.
New York, NY 10007
    *VIA ECF*

**Re: Madariaga et al. v. Mama Cat LLC et al.**
**Docket No.:24-cv-07715-GHW**

Dear Judge Cave,

    I represent Plaintiffs in the above-referenced matter. I am writing on behalf of the parties to respectfully request Your Honor's indulgence and a grant of an extension of time to file the *Cheeks* Motion until October 13, 2025. The current deadline is today. This is the fourth request for an extension of time. The prior requests were granted for good cause. This extension will not cause any prejudice to the parties.

    The parties finally reached an agreement on the final text of the settlement agreement but simply ran out of time in their effort to have everybody execute the document. We simply need the next week to accomplish this final act given the parties and their counsel's busy and conflicting schedules. Once the settlement agreement is fully executed, the parties will promptly file the *Cheeks* Motion.

    We thank Your Honor for the consideration of this request.

Respectfully submitted,

*/s/ Robert Wisniewski*
Robert Wisniewski

---

The Court is in receipt of Plaintiff's letter request at Dkt. No. 59. The request is GRANTED and the deadline to file the Cheeks motion is EXTENDED for a final time until **Friday, October 10, 2025**. The conference scheduled for Tuesday, October 7, 2025 is CANCELLED.

The Clerk of the Court is respectfully directed to close Dkt. No. 59.

SO ORDERED  10/6/25

SARAH L. CAVE
United States Magistrate Judge