UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

YCELA MADARIAGA and EDUARDO MADARIAGA,

                Plaintiffs,

-v-                                        CIVIL ACTION NO. 24 Civ. 7715 (SLC)

MAMA CAT LLC, dba TOMPKINS SQUARE BAGELS, et al.,                          **ORDER**

                Defendants.

**SARAH L. CAVE,** United States Magistrate Judge.

On October 14, 2025, the parties submitted a motion for approval of their settlement agreement (the "Agreement") pursuant to Cheeks v. Freeport Pancake House, Inc., 796 F.3d 199 (2d Cir. 2015). (Dkt. No. 63 (the "Motion")). Having now reviewed the Agreement, the Court has several questions to discuss with the parties, including: (i) the terms of Plaintiffs' retainer agreement with their counsel, a copy of which was not included with the Motion; (ii) the language of the general release, which does not appear to be mutual (compare Dkt. No. 63 at 5-6, with Dkt. No. 63-1 ¶ 4); and (iii) the language of the "[n]o re-employment" provision.

A telephonic conference to discuss the Agreement and the Motion is scheduled for **October 22, 2025 at 11:00 a.m. ET** on the Court's on the Court's conference line. The parties are

2

directed to call:  1-855-244-8681; meeting number: 2308-226-4654# at the scheduled time.

Dated:      New York, New York
            October 20, 2025

SO ORDERED.

_____
SARAH L. CAVE
United States Magistrate Judge
