UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

YCELA MADARIAGA, et al.,

        Plaintiffs,

-v-

MAMA CAT LLC, et al.,

        Defendants.

CIVIL ACTION NO.: 24 Civ. 7715 (GHW) (SLC)

**ORDER**

**SARAH L. CAVE**, United States Magistrate Judge.

Pursuant to the telephonic status conference held today, October 22, 2025 ("the "Conference"), the Court orders that, by **Wednesday, October 29, 2025**:

1. Plaintiffs shall file their retainer agreement in Spanish and English;

2. The parties shall re-file the settlement agreement with the handwritten edit to paragraph 18 as discussed at the Conference; and

3. The parties shall order a copy of the transcript of the Conference using the annexed form.

Dated:    New York, New York
           October 22, 2025

SO ORDERED.

_/s/ Sarah L. Cave_
**SARAH L. CAVE**
**United States Magistrate Judge**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

# Request for the production of a transcript from an electronic recording

Send one request per completed form to:

# etranscripts@nysd.uscourts.gov

Transcripts from an electronic record are generated by a Court Approved Transcriber, <u>NOT the Southern District Court Reporters.</u> The transcript will be delivered to your office and you will be invoiced directly by the transcriber. Submission of this form constitutes an agreement to pay for the transcription services described herein. This form should not be submitted for the purpose of obtaining a price estimate.
**NOTE:** CJA requests require prior approval by submitting an Auth-24 document in the CJA eVoucher System. If granted, the attorney then submits the etranscripts order form (indicate CJA Request). Upon notification from the transcriber, the attorney will create a CJA 24 Voucher in the eVoucher system.

Today's Date: _____

| Case Caption | |
|---|---|
| DOCKET NUMBER | DATE OF THE HEARING | JUDGE'S NAME |

## INDICATE SERVICE:
(prices listed are per page)

| Daily $7.30 | ○ | 3 Day $6.55 | ○ | 7 Day $5.85 | ○ | 14 Day $5.10 | ○ | 30 Day $4.40 | ○ |

| Your Name | |
|---|---|
| Firm Name | |
| Address | |
| City, State | Zip Code |
| Telephone Number | |
| E-mail Address | |

[ RESET ]   [ PRINT ]   [ SAVE ]   [ EMAIL ]