UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

YCELA MADARIAGA, et al.,

                    Plaintiffs,

-v-                                          CIVIL ACTION NO.: 24 Civ. 7715 (GHW) (SLC)

                                                   **ORDER**

MAMA CAT LLC, et al.,

                    Defendants.

**SARAH L. CAVE**, United States Magistrate Judge.

On October 14, 2025, the parties submitted a motion for approval of their settlement agreement (the "Agreement") pursuant to Cheeks v. Freeport Pancake House, Inc., 796 F.3d 199 (2d Cir. 2015). (Dkt. No. 63 (the "Motion")). On October 22, 2025, the Court held a conference (the "Conference") to discuss the Court's questions regarding the Agreement. (Dkt. Entry dated Oct. 22, 2025). Following the Conference, the Court ordered Plaintiffs to file their retainer agreement in Spanish and English and to re-file the Agreement with edits as discussed at the Conference, and Plaintiffs have complied. (Dkt Nos. 65; 66).

After further review of the Agreement, the Court continues to have concern, in particular, the scope of the release provision, and would like to afford the parties a further opportunity to discuss the Agreement. Accordingly, a telephonic conference is scheduled for **Wednesday, November 5, 2025 at 12:00 p.m. ET** on the Court's conference line.

The parties are directed to call: 1-855-244-8681; meeting number: 2308-226-4654# at the scheduled time.

Dated:  New York, New York
        October 30, 2025

SO ORDERED.

*Sarah Cave*

**SARAH L. CAVE**
**United States Magistrate Judge**
