UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

YCELA MADARIAGA and EDUARDO MADARIAGA,

                Plaintiffs,

-v-

MAMA CAT LLC, dba TOMPKINS SQUARE BAGELS, et al.,

                Defendants.

CIVIL ACTION NO. 24 Civ. 7715 (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the discussion at the telephonic conference held today, November 5, 2025, the parties are ORDERED to file a revised executed version of the settlement agreement or joint status letter by **Friday, November 21, 2025.**

Dated:    New York, New York
           November 5, 2025

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**